189 F.3d 431 (4th Cir. 1999)
 GRACE TUTTLE, a minor by Her Next Friend, Steven Tuttle; RACHEL SECHLER, a minor by Her Next Friend, Charlotte Sechler, Plaintiffs-Appellees,
v.
ARLINGTON COUNTY SCHOOL BOARD; MARY H. HYNES, individually and in her official capacity as Member, Arlington County School Board; DARLENE MICKEY, individually and in her capacity as Member, Arlington County School Board; ELIZABETH GARVEY, individually and in her official capacity as Member, Arlington County School Board; ELAINE FURLOW, individually and in her official capacity as Member, Arlington County School Board; FRANK WILSON, individually and in his capacity as Member, Arlington County School Board; ROBERT SMITH, individually and in his capacity as Superintendent of Schools, Arlington County, Defendants-Appellants,
and
DOUGLAS HUFF, Movant. AMERICAN ASSOCIATION OF SCHOOL ADMINISTRATORS; COUNCIL OF THE GREAT CITY SCHOOLS; MAGNET SCHOOLS OF AMERICA; NATIONAL SCHOOL BOARDS ASSOCIATION; UNITED STATES OF AMERICA; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; THE ARLINGTON COUNTY CHAPTER OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; THE LEAGUE OF UNITED LATIN AMERICAN CITIZENS, Amici Curiae.
 No. 98-1604
 UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
 January 27, 1999, Argued
September 24, 1999, Decided
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE CORRECTED OPINION OF NOVEMBER 1, 1999, AT 195 F.3d 698.